No. 624.   McLean *v.* Commissioner of Internal Revenue.   October 27, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit

denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. L. J. Benckenstein* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Richard H. Demuth* and *Warren F. Wattles* for respondent.